# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10084
_____

RANI BOLTON,
ALISON MERCKER,
JAMES ARMSTRONG,
BENJAMIN LYMAN,

    individually and as representatives of a class of
    participants and beneficiaries on behalf of the
    Inland Fresh Seafood Corporation of America, Inc.
    Employee Stock Ownership Plan,

MELISSA SUTER,

                                  _Plaintiffs-Appellants,_

versus

INLAND FRESH SEAFOOD CORPORATION OF AMERICA,
INC.,
JOEL KNOX,
BILL DEMMOND,
CHRIS ROSENBERGER,
LES SCHNEIDER, et al.,

                                  _Defendants-Appellees._

2                          Order of the Court                          24-10084

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-04602-LMM

---

Before William Pryor, Chief Judge, Jordan, Rosenbaum, Jill Pryor, Newsom, Branch, Grant, Luck, Lagoa, Brasher, Abudu, and Kidd, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.